UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| RICHARD BENITEZ, | ) | No. CV 13-1202-MWF (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| WARDEN McGREW, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: August 29, 2013

_____
HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE